AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Rosemary Tkaczyk <br><br> *Plaintiff(s)* <br> v. <br> Hoovert & Associates Inc., Verrazano Garden Apts. Inc., John Hoovert, an individual; and Anthony Hoovert, an individual, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 22-cv-5590-AMD-VMS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hoovert & Associates Inc.
 4410 3rd Ave.,
 Brooklyn, NY 11220


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Penn Dodson
 AndersonDodson P.C.
 11 Broadway Ste 615
 New York, NY 10004


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 9/21/2022

s/M. Layne
*Signature of Clerk or Deputy Clerk*

## **RIDER**

1. **Hoovert & Associates Inc.**
   4410 3rd Ave.,
   Brooklyn, NY 11220

2. **Verrazano Garden Apts. Inc.**
   23 West 31ST ST,
   New York City, NY 10001

3. **John Hoovert**
   4410 3rd Ave.,
   Brooklyn, NY 11220

4. **Anthony Hoovert**
   4410 3rd Ave.,
   Brooklyn, NY 11220